Florence Uhlig, appellee, v. John Hancock Mutual Life Insurance Company, appellant. Gen. No. 38,864.

Opinion filed November 2, 1936.

612

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. H. Kay George and Martin Rothman, for appellee.

Mr. Justice McSurely delivered the opinion of the court.